UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:02CR233 |
|---|---|
| v. | ) |
| | ) **ORDER TO DISMISS THE INDICTMENT** |
| [ 3] TIAN QUING LIN | ) |
| [ 6] WEI CHEN | ) |
| [10] YUA HUA HUANG | |
| [14] WAI CHUN WONG | |
| [15] YIMING CAO | |
| [17] SAIZHEN LI | |
| [18] YONG KUANG | |
| [25] KANG CHEN | |
| [26] MAI SEE THAM | |
| [27] ZHENDI LIN | |
| [30] XIA OXIN OU | |
| [31] QI JIN HUANG | |
| [32] QI XIN WENG | |
| [33] XIANG OIU LIN | |
| [34] ZI MING WU | |
| [41] WEI CHEN | |
| [42] CHUN JIAN CHEN | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it relates to [5] RAUL RAMOS) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: October 30, 2019

Frank D. Whitney
Chief United States District Judge